IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JENSEN KEN ALEXANDER,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:20cv00302 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| **JOSEPH ELY,** *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) |          United States District Judge |
| Defendants. | ) | |

Plaintiff Jensen Ken Alexander, a Virginia inmate proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. By notice dated June 24, 2020, the court advised Alexander that he must notify the court by no later than September 25, 2020, that he had accomplished service on the defendants. (*See* ECF No. 3.) By order entered September 10, 2020, the court granted Alexander an extension of time until November 9, 2020, to notify the court that he had accomplished service on the defendants. (*See* ECF No. 6.) On November 19, 2020, because Alexander had not notified the court concerning service, the court directed him to show cause within seven days why this action should not be dismissed for failure to effect service upon the defendants. (*See* ECF No. 8.) Alexander did not respond. Accordingly, the court will dismiss this action without prejudice for failure effect service upon the defendants.

**ENTERED** this 2nd day of December, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Thomas T. Cullen*　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. THOMAS T. CULLEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE